IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE GEORGE ERWIN, JR., )<br>  )<br>          Plaintiff, )<br>  )<br>   v. )<br>  )<br>WARDEN R. GROUNDS, et al., )<br>  )<br>          Defendants. )<br>_____ ) | No. C 12-0031 LHK (PR)<br><br>ORDER GRANTING MOTION<br>TO STAY DISCOVERY<br><br>(Docket No. 14) |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that prison officials were deliberately indifferent to his serious medical needs. On October 16, 2012, Defendants filed a motion to dismiss for failure to state a claim, and based on qualified immunity. Defendants also filed a motion to stay discovery pending the disposition of their argument that they are entitled to qualified immunity.

As a general rule, a district court should stay discovery until the issue of qualified immunity is resolved. *See Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982). Accordingly, Defendants' motion to stay discovery until the Court has ruled on the issue of qualified immunity is hereby GRANTED. (Docket No. 14.)

IT IS SO ORDERED.

DATED: 10/22/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion to Stay Discovery
G:\PRO-SE\SJ.LHK\CR.12\Erwin031stayqi.wpd