1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   WILLIE GEORGE ERWIN, JR.,              )     No. C 12-0031 LHK (PR)
                                            )
12              Plaintiff,                  )     ORDER DENYING MOTION
                                            )     FOR APPOINTMENT OF
13        v.                                )     COUNSEL; GRANTING
                                            )     MOTION FOR EXTENSION OF
14   WARDEN R. GROUNDS, et al.,             )     TIME TO FILE OPPOSITION
                                            )
15              Defendants.                 )
     _____)    (Docket Nos. 20, 21, 22)

16        Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint

17   pursuant to 42 U.S.C. § 1983, alleging that prison officials were deliberately indifferent to his

18   serious medical needs.  On October 16, 2012, Defendants filed a motion to dismiss for failure to

19   state a claim, and based on qualified immunity.  Plaintiff has filed motions for appointment of

20   counsel.  (Doc. Nos. 20 and 21.)  Plaintiff has also filed a motion for extension of time to file an

21   opposition to Defendants' motion to dismiss.  (Doc. No. 22.)

22        Plaintiff's motion for appointment of counsel is **DENIED** for want of exceptional

23   circumstances.  *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v.*

24   *Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a

25   civil case).  The issues in this case are not particularly complex, and Plaintiff has thus far been

26   able to adequately present his claims.  This denial is without prejudice to the Court's sua sponte

27   appointment of counsel at a future date should the circumstances of this case warrant such

28   appointment.

1    Plaintiff's motion for extension of time to file an opposition is **GRANTED**.  Plaintiff

2  shall file an opposition no later than twenty-eight (28) days from the date this order is filed.

3  Defendants shall file a reply within fourteen (14) days thereafter.

4    This order terminates docket numbers 20, 21 and 22.

5    IT IS SO ORDERED.

6  DATED:   11/8/12

7                                                 LUCY H. KOH
                                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28